■  ERNEST FINGLAND et al., on Their Own Behalf and on Behalf of Their Minor Children, Appellants, v ABE LAVINE, as Commissioner of the Department of Social Services of the State of New York, et al., Respondents. —Judgment unanimously affirmed, without costs, upon the opinion at Special Term, Wagner, J. (See *Winbush v Lavine,* Sup Ct, Albany County, Sept. 23, 1974, Hughes, J.) (Appeal from judgment of Monroe Supreme Court —art. 78.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ. [— Misc 2d —.]